BERNARD A. FRIEDMAN

MAGISTRATE JUDGE MORGAN

AO 241 (Rev. 5/85)

PETITION UNDER 28 USC § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District EASTERN District of Michigan |
|---|---|

| Name Barry Anthony Willis | Prisoner No. 244536 | Case No. |
|---|---|---|

**02 - 70028**

Place of Confinement

Ryan Correctional facility, Ryan Rd. 17600, Detroit, Michigan 48212

| Name of Petitioner (include name under which convicted) | Name of Respondent (authorized person having custody of petitioner) |
|---|---|
| Barry Anthony Willis | v. David Smith, Warden Michigan Dept. of Correction |

The Attorney General of the State of: Michigan   Jennifer Granholm

## PETITION

1. Name and location of court which entered the judgment of conviction under attack **Muskegon County Circuit Court.**

2. Date of judgment of conviction **July 27, 1995**

3. Length of sentence **Mandatory Life W/O Parole**

4. Nature of offense involved (all counts) **Conspiracy to deliver over 650 gm. of Cocaine McL. 333.7401.2.a.1**

5. What was your plea? (Check one)
   (a) Not guilty ☒
   (b) Guilty ☐
   (c) Nolo contendere ☐
   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury ☐
   (b) Judge only ☒

7. Did you testify at the trial?
   Yes ☐  No ☒

8. Did you appeal from the judgment of conviction?
   Yes ☒  No ☐

RECEIVED
DEC 21 2001
CLERK'S OFFICE
DETROIT

(2)

AO 241 (Rev. 5/85)

9. If you did appeal, answer the following:

(a) Name of court _August 1, 1996 — Michigan Courts of Appeals_

(b) Result _Affirm_

(c) Date of result and citation, if known _April 15, 1997    No.# 187858_

(d) Grounds raised _See attached   Issues & Opinion_
_Exhibit #93-97_

(e) If you sought further review of the decision on appeal by a higher state court, please answer the following:

(1) Name of court _Michigan Supreme Court_

(2) Result _Denied_

(3) Date of result and citation, if known _April 21, 1998,  NO.# 109607_

(4) Grounds raised _See  Issues & Opinion  From  Courts_
_OF Exhibit #93-96_

(f) If you filed a petition for certiorari in the United States Supreme Court, please answer the following with respect to each direct appeal:

(1) Name of court _____No_____

(2) Result _____

(3) Date of result and citation, if known _____

(4) Grounds raised _____

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?
Yes ☒ ~~No~~

11. If your answer to 10 was "yes," give the following information:

(a) (1) Name of court _Muskegon County Circuit Court._

(2) Nature of proceeding _6.500 Motion Relief From Judgment & Amend_
_Motion to 6500 Motion Relief From Judgment. Exhibit 29-81_

(3) Grounds raised _See attached   Exhibits 29-81_

AO 241 (Rev. 5/85)

<div style="border:1px solid">

_____

_____

_____

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐  No ☒

(5) Result _____ *Denied*

(6) Date of result _____ *October 27, 1999*

(b) As to any second petition, application or motion give the same information:

(1) Name of court _____

(2) Nature of proceeding _____

_____

(3) Grounds raised _____

_____

_____

_____

_____

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐  No ☒
(5) Result _____

(6) Date of result _____

(c) Did you appeal to the highest state court having jurisdiction the result of action taken on any petition, application or motion?

(1) First petition, etc.        Yes ☐    No ☒
(2) Second petition, etc.       Yes ☐    No ☐

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

*Petitioner is raising here only the (2) issues of the amended motion for Relief from Judgment. See Exhibits 79-81, and See the Issues I-II raised here. '3-4' . Issue Were Accrued in the Michigan Supreme, Courts Denial on Rehearing See Issues III-IV.)*

_____

12.  State *concisely* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting same.
      CAUTION: In order to proceed in the federal court, you must ordinarily first exhaust your available state court remedies as to each ground on which you request action by the federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

</div>

AO 241 (Rev. 5/85)

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted your state court remedies with respect to them. However, *you should raise in this petition all available grounds* (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a)  Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.

(b)  Conviction obtained by use of coerced confession.

(c)  Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.

(d)  Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.

(e)  Conviction obtained by a violation of the privilege against self-incrimination.

(f)  Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.

(g)  Conviction obtained by a violation of the protection against double jeopardy.

(h)  Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.

(I)  Denial of effective assistance of counsel.

(j)  Denial of right of appeal.

A.  Ground one:  _____ See  aTTached  pg. 1-5 _____

_____

Supporting FACTS (state *briefly* without citing cases or law)  Exhausted  issues

_____ pg. 1-5   SAme _____

_____

_____

_____

_____

_____

_____

B.  Ground two:  _____ Exhausted  Issues  pg. 5-9 _____

_____ See  attached _____

Supporting FACTS (state *briefly* without citing cases or law):  _____

_____ Smome  pg. 5-9 _____

_____

_____

_____

_____

_____

AO 241 (Rev. 5/85)

C. Ground three: _See attached pg. 9-12_

Supporting FACTS (state *briefly* without citing cases or law): _Exhausted issue_
_Same pg.# 9-12_

D. Ground four: _See attached pg.# 12-16_

Supporting FACTS (state *briefly* without citing cases or law): _Exhausted issue_
_Same pg.# 12-16_

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal, state *briefly* what grounds were not so presented, and give your reasons for not presenting them:

14. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?
Yes ☐ No ☑

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
(a) At preliminary hearing _Otis Culpepper (P. 23520) 645 Griswold Det, Mich 48226_

(b) At arraignment and plea _Otis Culpepper (P. 23520) 645 Griswold Det, Mich 48226_

(6)

AO 241 (Rev 5/85)

(c) At trial  Otis Culpepper ( P. 23520 )  645 GrisWold Det, Mich 48226

(d) At sentencing  Joseph A. Fisher ( P. 32051 )  Peck st. 1665 PO. BOx 687, Mus Kegon, Mich 49443 -0687

(e) On appeal  Patrick K. Ehlmann ( P. 31644 )  1411 N. Harrison ST. EastlansiNg, Michigan 48823 - 1801

(f) In any post-conviction proceeding

Pro - Se

(g) On appeal from any adverse ruling in a post-conviction proceeding

Pro - Se

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?

Yes ☐ No ☒

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?

Yes ☐ No ☒

(a) If so, give name and location of court which imposed sentence to be served in the future: _____

(b) Give date and length of the above sentence: _____

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?

Yes ☐ No ☐

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

__12/18/01__
(date)

_Barry A. Willis_
Signature of Petitioner

(7)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

# SEE CASE FILE FOR ADDITIONAL DOCUMENTS OR PAGES THAT WERE NOT SCANNED